PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Omar Serrano                                                                           Cr.: 16-00400-001
                                                                                                                                PACTS #: 1785972

Name of Sentencing Judicial Officer:     THE HONORABLE KEVIN MCNULTY
                                                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/19/2016

Original Offense:     Possession with Intent to Distribute Heroin

Original Sentence:     Imprisonment - 40 months; Supervised Release – 3 years

Special Conditions: Alcohol/Drug Testing and Treatment, Prohibitions on Gang/Criminal Associations
Mental Health Treatment, Special Assessment

Type of Supervision: Supervised Release                          Date Supervision Commenced: 02/07/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.' |
| | On March 5, 2019, the offender verbally admitted to using synthetic marijuana on March 2, 2019. The offender signed an admission of drug use form. |

U.S. Probation Officer Action:

The offender is being referred for outpatient substance abuse and mental health treatment. At this time, it is recommended that no further action be taken by the Court. Should the offender continue to violate the conditions of supervised release, the Court will be notified with a recommended course of action.

                                                                                              Respectfully submitted,

                                                                                              *Patrick T. Hattersley*
                                                                                              By: Patrick T. Hattersley
                                                                                              Senior U.S. Probation Officer
                                                                                              Date: 03/05/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

3/6/2019

Date